UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 11-27 |
| KENDRICK DAVE WILKERSON | SECTION "B"(3) |

### ORDER

For oral reasons rendered at the hearing on Defendant's Motion to Suppress Evidence (Rec. Doc. No. 40),

**IT IS ORDERED** that the Motion to Suppress Evidence is **DENIED** in all respects, without prejudice to reconsider the issue of the search of the Defendant's cell phone if a timely request for reconsideration is filed. Compare *City of Ontario, Cal. v. Quon*, 130 S.Ct. 2619 (2010) and *U.S. v. Gomez*, 2011 WL 3841071 (S.D. Fla. 2011).

New Orleans, Louisiana, this 11th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE